# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| THOMAS FINLEY,<br>Reg #02903-205<br>    Petitioner,<br><br>v.<br><br>ANTHONY HAYNES, Warden,<br>FCI – Forrest City<br>    Respondent. | **Case No. 2:13-CV-00016 SWW-JTK** |

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. There have been no objections. The findings and recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint without prejudice.

IT IS SO ORDERED this 3rd day of December, 2013.

/s/Susan Webber Wright
United States District Judge