IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| THOMAS FINLEY, <br> Reg. # 02903-205 <br><br> Petitioner, <br><br> vs. <br><br> ANTHONY HAYNES, Warden, <br> FCC Forrest City, Arkansas, <br><br> Respondent. | No. 2:13CV0016 SWW-JTK |

## Order

Before the Court is petitioner's motion for reconsideration and motion to stay. Since filing these motions, the petitioner filed objections to the Magistrate Judge's Findings and Recommended Disposition. The Court has considered the objections and finds that petitioner's motion for reconsideration should be denied.

IT IS THEREFORE ORDERED that petitioner's motion for reconsideration [ECF No. 45] is denied. Petitioner's motion to stay [ECF No. 47] is denied as moot.

DATED this 14th day of January, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE